IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF THE CSFB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2002-HE16,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>PAUL YAMAMURA, ESQ., Successor Personal Representative of the Estate of Herbert W.S. Kam; UNITED STATES OF AMERICA; STATE OF HAWAII - DEPARTMENT OF TAXATION; JOHN AND MARY DOES 1-20; DOE PARTNERSHIPS, CORPORATIONS AND OTHER ENTITIES 1-20,<br><br>　　　　　Defendants.<br>_____ | CIVIL NO. 08-00358 DAE-KSC |

## ORDER ADOPTING REPORT OF SPECIAL MASTER

A Report of Special Master having been filed and served on all parties on September 30, 2009 and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Title 28, United States Code, Section 636 (b)(2) and Local Rule 53.1, the "REPORT OF

SPECIAL MASTER RECOMMENDING THAT PLAINTIFF'S PETITION FOR ATTORNEYS' FEES BE GRANTED IN PART AND DENIED IN PART," docket entry no. [48], is adopted as the opinion and order of this court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, October 27, 2009.



David Alan Ezra
United States District Judge

US Bank National Association vs. Paul Yamamura, et al., Civil No. 08-00358 DAE-KSC; ORDER ADOPTING REPORT OF SPECIAL MASTER